IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

LEWIS MARTIN MOTON, JR,

    Plaintiff,

v.                                             CASE NO. 5:12-cv-2-MP-GRJ

K WALKER, et al.,

    Defendants.
_____/

## REPORT AND RECOMMENDATION

On January 6, 2012, the Court denied Plaintiff's "emergency petition" and ordered Plaintiff to file a complaint on the Court's civil rights complaint form and a motion for leave to proceed as a pauper on or before February 6, 2012. Plaintiff was warned that failure to comply within the allotted time, or to show cause why Plaintiff was unable to comply, would result in a recommendation that this case be dismissed for failure to prosecute and for failure to comply with an order of the Court. Doc. 4. As of this date, Plaintiff has neither complied with the Order nor shown cause as to why he is unable to do so. Accordingly, it is respectfully **RECOMMENDED** that this case be dismissed for failure to comply with an order of the Court and for failure to prosecute.

**IN CHAMBERS**, at Gainesville, Florida, this 2nd day of March 2012.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

**NOTICE TO THE PARTIES**

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**