IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

LEWIS MARTIN MOTON, JR,

    Plaintiff,

v.                                        CASE NO. 5:12-cv-00002-MP-GRJ

K WALKER,

    Defendant.

_____/

**O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated March 2, 2012. (Doc. 7).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  The plaintiff filed objections, Doc. 8, and the Court has made a de novo determination of those portions of the Report and Recommendation to which objection was made. 28 U.S.C. § 636(b)(1)(C).

The Magistrate Judge directed plaintiff to file a complaint in this district's proper format by February 6, 2012, and warned him that failing to comply within the allotted time could result in dismissal.  Plaintiff failed to respond.  The Magistrate Judge then issued an Report and Recommendation recommending dismissal for failure to comply.  Plaintiff filed objections, Doc. 8, but in them fails to provide any explanation as to why he did not file the complaint as directed.  Instead, he merely reargued the motion for emergency protection.  The Court agrees that plaintiff

has failed to comply with an order of the Court and for that reason, his case shall be dismissed.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Report and Recommendation of the Magistrate Judge is accepted and incorporated herein.

2. This case is dismissed for failure to comply with an order of the Court and for failure to prosecute.

**DONE AND ORDERED** this _3rd_ day of October, 2012

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge